No. 83–1593. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. KUEHNER ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeals to be remanded to the United States District Court for the Eastern District of Pennsylvania with instructions to: (1) remand the cases of the named respondents to the Secretary for review pursuant to § 2(d)(2)(C) of the Social Security Disability Benefits Reform Act of 1984; (2) make any necessary clarifications in the definition and scope of the class; (3) remand the cases of the unnamed class members to the Secretary for proceedings pursuant to § 2(d)(3) of that Act; and (4) take other actions appropriate in light of that Act. 

No. A–272. HOPFMANN v. UNITED STATES FEDERAL ELECTION COMMISSION ET AL. D. C. D. C. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–277. THE DAILY PANTAGRAPH ET AL. v. BANER, JUDGE, CIRCUIT COURT OF WOODFORD COUNTY, ILLINOIS, ET AL. Application for stay of a juvenile court order, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL and JUSTICE BLACKMUN join, dissenting.

The applicants seek an immediate stay of an order restraining the publication of the identities and location of two juveniles charged in a juvenile delinquency proceeding. The trial court found that the names of these individuals, as well as their former location while in custody, previously had been lawfully released to the public. I would grant the stay with respect to that information. I would also grant the application with respect to any other information that the trial court, after a hearing, finds to have been made public. *New York Times Co.* v. *United States*, 403 U. S. 713, 725–727 (1971) (BRENNAN, J., concurring); *Near* v. *Minnesota ex rel. Olson*, 283 U. S. 697 (1931).